USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/16/22

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **LUIGI ABREU,** | |
| **Plaintiff,** | |
| -against- | 22-cv-02573 (ALC) |
| **MARIO TRICOCI HAIR SALONS & DAY SPAS, LLC,** | <u>**ORDER OF DISCONTINUANCE**</u> |
| **Defendant.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within forty-five days.

**SO ORDERED.**

Dated:   May 16, 2022
             New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**